UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CINDY JOHNSON,
        Plaintiff,

v.

PAULA MOSELEY, et. al.,
        Defendants.

Case No.: 2:09-cv-611
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## OPINION AND ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Vacate and Request a Hearing. (Doc. # 27.) In that motion, Plaintiff requests that the Court vacate its order granting Defendants' motion to dismiss, to reinstate this action, and to grant her a hearing. Plaintiff, however, provides no sufficient reason to vacate the Court's decision dismissing this action. *See* Fed. R. Civ. P. 60(b) (providing circumstances that warrant relief from judgment); *Davis v. Jellico Cmty. Hosp. Inc.*, 912 F.2d 129, 133 (6th Cir. 1990) (discretionary with trial court to grant or deny a motion for relief from judgment under Fed. R. Civ. P. 60(b)). Accordingly, the Court **DENIES** Plaintiff's motion.

    IT IS SO ORDERED.

                              /s/ Gregory L. Frost
                              GREGORY L. FROST
                              UNITED STATES DISTRICT COURT